UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **IN RE: MOTION TO QUASH SUBPOENA DIRECTED TO SMART REVIEWS, LLC** | § § § | **MISC. ACTION NO. 2:25-MC-00020-HMW-CMV** |

******************************************************************************

| | | |
|---|---|---|
| **TERRY BOUTTE, JR.** | § § § | **CIVIL ACTION NO. 4:22-CV-00948** |
| **VS.** | § § § § | **CURRENTLY PENDING IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF** |
| **JACKSON OFFSHORE OPERATORS, LLC, & CHEVRON U.S.A. INC.** | § § § § | **TEXAS, HOUSTON DIVISION** **JUDGE: GEORGE C. HANKS** |

## NOTICE OF APPEARANCE

COME NOW Defendants Jackson Offshore Operators, LLC and Chevron U.S.A. Inc. and hereby give notice of the appearance of Megan Ahrens Sullivan as counsel for Defendants in the above-captioned miscellaneous action.

Respectfully submitted,

*/s/ Megan A. Sullivan* .
Megan A. Sullivan (OH #0076355)
Schroeder, Maundrell, Barbiere & Powers
5300 Socialville-Foster Road, Suite 200
Mason, Ohio 45040
(513) 583-4200 Tel.
(513) 583-4203 Fax
mahrens@smbplaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed this 2nd day of September, 2025, using the Court's CM/ECF electronic filing system which will send notice of such filing to all attorneys of record.

/s/ *Megan A. Sullivan*           .
Megan A. Sullivan (OH #0076355)
Schroeder, Maundrell, Barbiere & Powers
5300 Socialville-Foster Road, Suite 200
Mason, Ohio 45040
(513) 583-4200 Tel.
(513) 583-4203 Fax
mahrens@smbplaw.com
*Attorneys for Defendant*
*Jackson Offshore Operators, LLC*